# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: SAN FRANCISCO

---

UNITED STATES OF AMERICA,

V.

**CR19   0102**

JOHN C. FRY,

FILED

FEB 28 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

DEFENDANT(S).

---

## INDICTMENT

Title 31, United States Code, Section 5322(a) – Unauthorized Disclosure of Suspicious Activity Reports;
Title 18, United States Code, Section 1030(a)(2) – Misuse of Computer;
Title 42, United States Code, Section 408(a)(8) – Use of a Social Security Number

---

A true bill.

_____ Foreman

Filed in open court this _28th_ day of
_Feb, 2019_.

_____ Clerk

Bail, $ _Summons requested_

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT
☐ SUPERSEDING

—— OFFENSE CHARGED ——

Title 31, United States Code, Section 5322(a) – Unauthorized Disclosure of Suspicious Activity Reports; Title 18, United States Code, Section 1030(a)(2) – Misuse of Computer; Title 42, United States Code, Section 408(a)(8) – Use of a Social Security Number

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: See Penalty Sheet Attachment

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

—— DEFENDANT - U.S ——
▶ JOHN C. FRY

DISTRICT COURT NUMBER
CR19 0102

EMC
FILED
FEB 28 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

—— DEFENDANT ——

IS *NOT* IN CUSTODY
1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

—— PROCEEDING ——

Name of Complaintant Agency, or Person (& Title, if any)
Treasury Inspector General for Tax Administration

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

3-19-70176 LB

IS IN CUSTODY
4) ☐ On this charge
5) ☐ On another conviction } ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
   If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No } If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year
Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

Name and Office of Person Furnishing Information on this form   David L. Anderson
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   Kimberly Hopkins

☐ This report amends AO 257 previously submitted

—— ADDITIONAL INFORMATION OR COMMENTS ——

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT

Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:   Before Judge:

Comments:

# PENALTY SHEET ATTACHMENT:
# <u>JOHN C. FRY</u>

**31 U.S.C. § 5322(a) [Unauthorized Disclosure of Suspicious Activity Reports]**
**Count 1:**

| | |
|---|---|
| Imprisonment: | up to 5 years |
| Supervised release: | up to 3 years |
| Fine: | $250,000 |
| Special assessment: | $100 (mandatory) |

FILED

FEB 28 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

**18 U.S.C. § 1030(a)(2) and (c)(2)(B)(ii) [Misuse of Computer]**
**Counts 2 and 3:**

| | |
|---|---|
| Imprisonment: | up to 5 years |
| Supervised release: | up to 3 years |
| Fine: | $250,000 |
| Special assessment: | $100 (mandatory) |

**42 U.S.C. § 408(a)(8) [Use of Social Security Number]**
**Count 4:**

| | |
|---|---|
| Imprisonment: | up to 5 years |
| Supervised release: | up to 3 years |
| Fine: | $250,000 |
| Special assessment: | $100 (mandatory) |

1

1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney

FILED

FEB 28 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOHN C. FRY,<br><br>　　　　Defendant. | **CR19  0102**<br><br>VIOLATIONS: Title 31, United States Code, Section 5322(a) – Unauthorized Disclosure of Suspicious Activity Reports; Title 18, United States Code, Section 1030(a)(2) – Misuse of Computer; Title 42, United States Code, Section 408(a)(8) – Use of a Social Security Number<br><br>SAN FRANCISCO VENUE |

INDICTMENT

The Grand Jury charges:

COUNT ONE: (31 U.S.C. § 5322(a) – Unauthorized Disclosure of Suspicious Activity Reports)

　　1.　　On or about and between May 4, 2018, and May 14, 2018, in the Northern District of California and elsewhere, the defendant,

JOHN C. FRY,

an employee of a federal government authority, willfully violated subchapter II of Title 31 and a regulation and order prescribed thereunder, namely Section 1020.320(e)(2) of Title 31 of the Code of Federal Regulations, by disclosing Suspicious Activity Reports ("SARs") and information that would reveal the existence of a SAR, which disclosure was not necessary to fulfill FRY'S official duties.

INDICTMENT　　　　　　　　　　　　　　1

2. Specifically, FRY knowingly disclosed and described SARs, which he obtained by virtue of his position as an Investigative Analyst employed by the Internal Revenue Service, Criminal Investigative Division, including by verbally describing and electronically sending images of SARs to Michael Avenatti.

In violation of Title 31, United States Code, Section 5322(a).

COUNT TWO: (18 U.S.C. § 1030(a)(2) – Misuse of Computer)

3. On or about May 4, 2018, in the Northern District of California, the defendant,

JOHN C. FRY,

intentionally exceeded authorized access to a computer, and thereby obtained information from a department and agency of the United States and from a protected computer.

In violation of Title 18, United States Code, Section 1030(a)(2) and (c)(2)(B)(ii).

COUNT THREE: (18 U.S.C. § 1030(a)(2) – Misuse of Computer)

4. On or about May 7, 2018, in the Northern District of California, the defendant,

JOHN C. FRY,

intentionally exceeded authorized access to a computer, and thereby obtained information from a department and agency of the United States and from a protected computer.

In violation of Title 18, United States Code, Section 1030(a)(2) and (c)(2)(B)(ii).

///
///
///
///
///
///
///
///
///

COUNT FOUR: (42 U.S.C. § 408(a)(8) – Use of a Social Security Number)

5. On or about May 7, 2018, in the Northern District of California, the defendant,

JOHN C. FRY,

did use the social security number of a person in violation of a law of the United States, specifically 18 U.S.C. § 1030(a)(2).

In violation of Title 42, United States Code, Section 408(a)(8).

DATED: Feb. 28, 2019

A TRUE BILL.

_____
FOREPERSON
San Francisco

DAVID L. ANDERSON
United States Attorney

_____
JOHN H. HEMANN
Deputy Chief, Criminal Division

Approved as to form: _____
Kimberly Hopkins
Assistant United States Attorney

INDICTMENT                                     3