FILED

FEB 28 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL COVER SHEET

*Instructions:* *Effective November 1, 2016, this Criminal Cover Sheet must be completed and submitted, along with the Defendant Information Form, for each new criminal case.*

**CASE NAME:**

USA v.  JOHN C. FRY

**CR19 — CASE NUMBER 0102**

CR

| | Yes | No |
|---|---|---|
| **Is This Case Under Seal?** | | ✓ |

| **Total Number of Defendants:** | 1 ✓ | 2-7 | 8 or more |
|---|---|---|---|

| **Does this case involve ONLY charges under 8 U.S.C. § 1325 and/or 1326?** | Yes | No ✓ |
|---|---|---|

| **Venue (Per Crim. L.R. 18-1):** | SF ✓ | OAK | SJ |
|---|---|---|---|

| **Is this a potential high-cost case?** | Yes | No ✓ |
|---|---|---|

| **Is any defendant charged with a death-penalty-eligible crime?** | Yes | No ✓ |
|---|---|---|

| **Is this a RICO Act gang case?** | Yes | No ✓ |
|---|---|---|

**Assigned AUSA (Lead Attorney):** Kimberly Hopkins

**Date Submitted:** 2/28/2019

**Comments:**

RESET FORM    SAVE PDF