UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

# CRIMINAL MINUTES

**Date:** July 17, 2019  **Time:** 2:50 – 2:52 = 2 Minutes  **Judge:** EDWARD M. CHEN

**Case No.**: 19-cr-00102-EMC-1  **Case Name:** USA v. John C. Fry

**Attorney for Government:** Kimberly Hopkins
**Attorney for Defendant:** Gail Shifman
**Defendant:** [X] Present   [ ] Not Present
**Defendant's Custodial Status:** [ ] In Custody  [X] Not in Custody

| | |
|---|---|
| **Deputy Clerk:** Angella Meuleman | **Court Reporter:** Marla Knox |
| **Interpreter:** | **Probation Officer:** |

## PROCEEDINGS

Status Conference – held.

## SUMMARY

Parties are close to resolving case and requested to place this matter August 14, 2019 for possible change of plea.  Court is unavailable on date of Jury Selection, 12/10/2019.  In the event it becomes necessary, Jury Selection is rescheduled for 12/13/2019 at 8:30 a.m.

**CASE CONTINUED TO: August 14, 2019 at 2:30 p.m. for Change of Plea**.