UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** August 14, 2019      **Time:** 2:50 – 3:01 = 11 Minutes      **Judge:** EDWARD M. CHEN

**Case No.**: 19-cr-00102-EMC-1      **Case Name:** USA v. John C. Fry

**Attorney for Government:** Kimberly Hopkins
**Attorney for Defendant:** Gail Shifman
**Defendant:** [X] Present    [ ] Not Present
**Defendant's Custodial Status:** [ ] In Custody   [X] Not in Custody

**Deputy Clerk:** Angella Meuleman      **Court Reporter:** JoAnn Bryce
**Interpreter:**      **Probation Officer:**

## PROCEEDINGS

Change of Plea – Held.

## SUMMARY

Parties stated appearances.

Defendant sworn and advised of rights. Plea Agreement signed and handed up to the Court. Defendant enters a plea of guilty to count 1 of the Indictment. The court accepted the plea of guilty. Case is REFERRED to probation for a presentence report.

**CASE CONTINUED TO: December 18, 2019 at 2:30 p.m. for Sentencing.**