| | |
|---|---|
| 1 | DAVID L. ANDERSON (CABN 149604)<br>United States Attorney |
| 2 | |
| 3 | HALLIE HOFFMAN (CABN 210020)<br>Chief, Criminal Division |
| 4 | KIMBERLY HOPKINS (MABN 668608)<br>Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102-3495<br>Telephone: (415) 436-7200 |
| 7 | FAX: (415) 436-7234<br>Kimberly.hopkins@usdoj.gov |
| 8 | Attorneys for United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR 19-0102 EMC |
| Plaintiff, | ) ) | STIPULATION TO CONTINUE HEARING DATE; AND [PROPOSED] ORDER THEREON |
| v. | ) ) | |
| JOHN C. FRY, | ) ) | |
| Defendant. | ) ) | |

IT IS HEREBY STIPULATED BY THE PARTIES, THROUGH UNDERSIGNED COUNSEL, THAT: The sentencing hearing, currently set for December 18, 2019 at 2:30 p.m., should be re-set, to **January 15, 2020 at 2:30 p.m.**

IT IS SO STIPULATED.

DATED: December 12, 2019

                                                                           /s/
                                          KIMBERLY HOPKINS
                                          Assistant United States Attorney

DATED: December 12, 2019

                                                                           /s/
                                          GAIL SHIFMAN
                                          Counsel for Defendant John C. Fry

STIPULATION AND [PROPOSED] ORDER
Case No. CR 19-0102 EMC

**[PROPOSED] ORDER**

Based upon the above Stipulation, and for good cause appearing, THE COURT ORDERS THAT the sentencing hearing currently set for December 18, 2019 at 2:30 p.m., should be re-set, to **January 15, 2020 at 2:30 p.m.**

IT IS SO ORDERED.

DATED: _____

                                HON. EDWARD M. CHEN
                                UNITED STATES DISTRICT JUDGE