GAIL SHIFMAN (State Bar No. 147334)
Law Office of Gail Shifman
2431 Fillmore Street
San Francisco, California 94115-1814
Telephone:   (415) 551-1500
Facsimile:    (415) 551-1502
Email:        gail@shifmangroup.com

Attorney for Defendant
JOHN FRY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR 3-19-0102 EMC |
| Plaintiff, | [PROPOSED] ORDER TO SEAL |
| vs. | |
| JOHN FRY, | |
| Defendant. | |

This matter having come upon the request of Defendant for sealing, and the Court being advised,

IT IS ORDERED that Exhibit B to Defendant's Sentencing Memorandum shall be filed under seal.

Dated: January 14, 2020

_____
EDWARD M. CHEN
United States District Judge