1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney

2

3  HALLIE HOFFMAN (CABN 210020)
   Chief, Criminal Division

4  KIMBERLY HOPKINS (MABN 668608)
   Assistant United States Attorney

5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7200
7       FAX: (415) 436-7234
        Kimberly.hopkins@usdoj.gov
8
   Attorneys for United States of America

9
                     UNITED STATES DISTRICT COURT
10
                    NORTHERN DISTRICT OF CALIFORNIA
11
                         SAN FRANCISCO DIVISION
12

13 | UNITED STATES OF AMERICA,    )  NO. CR 19-0102 EMC
                                  )
14 |      Plaintiff,               )  UNITED STATES' MOTION TO DISMISS
                                  )  COUNTS 2, 3, AND 4 OF THE INDICTMENT
15 |      v.                      )  AND [PROPOSED] ORDER
                                  )
16 | JOHN C. FRY,                 )
                                  )
17 |      Defendant.              )
                                  )
18

19       With leave of the Court, and pursuant to the Plea Agreement (ECF No. 31) and Federal Rule of

20 Criminal Procedure 48(a), the United States moves to dismiss Counts Two and Three of the Indictment

21 in the above captioned case against John C. Fry, charging him with misuse of a computer in violation of

22 18 U.S.C. § 1030(a)(2), and moves to dismiss Count Four of the Indictment, charging Mr. Fry with use

23 of a social security number in violation of 42 U.S.C. § 408(a)(8), with prejudice.

24 DATED: January 15, 2020                     Respectfully submitted,

25                                             DAVID L. ANDERSON
                                               United States Attorney
26
                                               /s/ *Kimberly Hopkins*
27                                             KIMBERLY HOPKINS
                                               Assistant United States Attorney
28

No. CR 19-00102 EMC_____

# [PROPOSED] ORDER

Leave is granted to the United States to dismiss Counts Two and Three of the Indictment in the above captioned case against John C. Fry, charging him with misuse of a computer in violation of 18 U.S.C. § 1030(a)(2), and to dismiss Count Four of the Indictment, charging Mr. Fry with use of a social security number in violation of 42 U.S.C. § 408(a)(8), with prejudice.

Date: January 16, 2020

_____
HON. EDWARD M. CHEN
United States District Judge

No. CR 19-00102 EMC_____