UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** January 15, 2020     **Time:** 2:47-3:33=     **Judge:** EDWARD M. CHEN
                                          46 Minutes

**Case No.**: 19-cr-00102-EMC-1     **Case Name:** USA v. John C. Fry

**Attorney for Government:** Kimberly Hopkins
**Attorney for Defendant:** Gail Shifman
**Defendant:** [X] Present   [ ] Not Present
**Defendant's Custodial Status:** [ ] In Custody  [X] Not in Custody

**Deputy Clerk:** Angella Meuleman        **Court Reporter:** JoAnn Bryce
**Interpreter:**                           **Probation Officer:** USPO Catheryn Grier

## PROCEEDINGS

Sentencing – Held.

## SUMMARY

Court reviewed 3553(a) factors and Sentencing Guidelines.  No objections to the Presentence Investigation Report.

Defendant is committed to five years Probation on count 1, to include six months electronic monitoring. A special assessment fee of $100 is imposed. Fine is assessed in the amount of $5,000.00.

Restitution claim received and denied by the Court as stated on the record.  No victims were present.